People v Kinsey

2026 NY Slip Op 02218

April 14, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, Respondent,

v

Maurice Kinsey, Defendant-Appellant.

Decided and Entered: April 14, 2026

Ind. No. 2463/17|Appeal No. 6336|Case No. 2020-01056|

Before: Moulton, J.P., Friedman, González, Shulman, Rosado, JJ.

Twyla Carter, The Legal Aid Society, New York (Mary-Kathryn Smith of counsel), for appellant.

Darcel D. Clark, District Attorney, Bronx (Larry Glasser of counsel), for respondent.

[*1]

Judgment, Supreme Court, Bronx County (Shari R. Michels, J. on motion to controvert the search warrant; James McCarty, J. at plea and sentencing), rendered December 3, 2019, convicting defendant of attempted criminal possession of a weapon in the second degree, and sentencing him to five years of probation, unanimously affirmed.

Regardless of whether the appeal waiver was valid, we find, based on our in camera review of the sealed materials, that there was probable cause to issue the search warrant. We decline to revisit this Court's prior order, which denied defendant's motion to vacate the protective order and to provide him with copies of the unredacted search warrant materials (see People v Meran, 143 AD3d 423, 424 [1st Dept 2016], lv denied 28 NY3d 1074 [2016]).

THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: April 14, 2026